UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-288

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DELONTE JAVON BROOKS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's *pro se* Motion for Return of Property Post-Trial. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion for Return of Property Post-Trial (#32) is **DENIED**. Plaintiff is encouraged to reach out to the U.S. Attorney's Office by forwarding a request for the return of non-evidentiary and non-contraband items. The request shall include a list of the items sought and contact information for a designee for receipt of said items.

Signed: January 26, 2018



Max O. Cogburn Jr.
United States District Judge

-1-